UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In Admiralty

IN RE:

THE DUTRA GROUP, INC., as owner
and operator of THE DREDGE M/V
STUYVESANT, O.N. 648540, her
engines, gear, tackle, appurtenances,
equipment, furniture, etc., in a cause for
exoneration from or limitation of liability,

CASE NO.  3:25-cv-493-TJC-SJH

       Petitioner.
_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Motion for Entry of Order Enjoining Suit and for Order Directing Clerk to Issue Notice of Action, Doc. 3, and Motion to Authorize Security, Doc. 4 (collectively, "Motions"). Petitioner filed its Complaint in Admiralty for Exoneration from or Limitation of Liability, Doc. 1 ("Complaint"), relating to an incident involving the Stuyvesant ("Vessel") on November 2, 2024. Doc. 1 at 2. Petitioner anticipates that claims or demands will be made against it regarding damages from the incident and seeks protections provided by 46 U.S.C. §§ 30501 *et seq*. and Supplemental Rule F of the Federal Rules of Civil Procedure. *Id.* at 1-2, 4-8; Doc. 3 at 1-2. The Complaint states that the value of Petitioner's interest in the vessel does not exceed $46,000,000 and there was no pending freight. Doc. 1 at 4. Petitioner has deposited with the Court a Letter of Undertaking, as surety, as security for the benefit of claimants in the amount

$46,000,000, with interest at six percent per annum from May 1, 2025, and costs, as required by the rules of this Court and by the law. Doc. 2-1; Doc. 2 at 1-2; Doc. 1 at 5.

Upon consideration, the Motions are due to be **granted**.

Accordingly, it is **ORDERED**:

1. The Motions (Docs. 3 and 4) are **granted**.

2. The Stipulation for Value and for Costs ("Stipulation") (Doc. 2) with the attached Letter of Undertaking (Doc. 2-1) deposited for the benefit of claimants, in the amount of $46,000,000.00, plus interest at the rate of six percent (6%) per annum and costs, as security for the value of Petitioner's interest in the Vessel, is approved.

3. Petitioner and any claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Vessel, as fixed in the Stipulation, according to Supplemental Rule F(7). If the amount of the Stipulation is not contested, it shall stand.

4. The Clerk shall issue, as a monition, the Notice of Complaint for Exoneration from or Limitation of Liability ("Notice"), (Doc. 3-1) instructing all persons claiming damage from the incident on November 2, 2024 recited in the Complaint, to file their respective claims with the Clerk of the Court and to serve the attorneys for Petitioner, as instructed therein, **on or before August 29, 2025**, or be defaulted.

5. Petitioner shall publish the Notice, as required by Supplemental Rule F(4), in the **Jacksonville Daily Record** and the **Florida Times Union**, once each week

for four successive weeks prior to the deadline set herein for the filing of claims. On or before the day of the second publication, Petitioner shall mail a copy of the Notice to every person known to have asserted any claim against the Vessel or Petitioner arising out of the incident alleged in the Complaint.

6. The commencement or further prosecution of any action, suit, or proceedings in any court whatsoever, except in the present proceedings, in respect to any claim against Petitioner, the Vessel, or any other property of Petitioner, with respect to the claims for which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of the incident of November 2, 2024, more fully described in the Complaint, is hereby **stayed, restrained, and enjoined** until the final determination of this proceeding.

7. The service of this Order as a restraining order may be made by mailing or hand delivering a confirmed copy of it to the person or persons to be restrained, or to their respective attorneys.

**DONE AND ORDERED** in Jacksonville, Florida, on June 25, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

3